# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0970.  MAGLOVSKY v. MAGLOVSKY.**

We granted Jason Maglovsky's application for discretionary appeal concerning this child support modification. The appeal was duly docketed on December 31, 2019.

Having reviewed the record and the relevant law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/24/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*